UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FALCON ENTERPRISES, INC., *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>CENTURION LTD., *et al.*,<br><br>Defendants. | No. C07-0065RSL<br><br>ORDER DENYING MOTION TO STAY DISCOVERY AS MOOT |

This matter comes before the Court on "Defendant Centurion Ltd.'s Motion to Stay Discovery" (Dkt. # 46) and defendant Uncaged Marketing Inc.'s joinder therein (Dkt. # 49). The Court having granted defendants' motions to dismiss for lack of personal jurisdiction, the motion to stay is DENIED as moot.

DATED this 18th day of October, 2007.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DENYING MOTION TO
STAY DISCOVERY AS MOOT - 1